## UNITED STATES v. CONTINENTAL CASUALTY CO.
### No. 282.

Circuit Court of Appeals, Second Circuit.

Feb. 13, 1934.

Robert M. McCormick, of New York City (Andrew Eckel, of New York City, of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Albert D. Smith, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

The appeal is from an interlocutory order from which no appeal lies. Rexford v. Brunswick-Balke-Collender Co., 228 U. S. 339, 33 S. Ct. 515, 57 L. Ed. 864; Cory Bros. & Co. v. United States, 47 F.(2d) 607 (C. C. A. 2); Bush v. Leach, 22 F.(2d) 296 (C. C. A. 2); Radio Corp. v. Bunnell & Co., 298 F. 62 (C. C. A. 2); France & Canada S. S. Co. v. French Republic, 285 F. 290 (C. C. A. 2).

Appeal dismissed.